IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOROTHY SARTOR, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:11-0344 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The initial case management conference is reset for **Friday, June 24, 2011 at 2:00 p.m.**

It is so **ORDERED**.

ENTERED this the 12th day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge