IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DOROTHY SARTOR )
) No. 3-11-0344
v. )
)
WAL-MART STORES EAST, LP[1] )

O R D E R

In accord with the order entered January 9, 2012 (Docket Entry No. 31), the parties filed a stipulation of dismissal with prejudice on January 23, 2012 (Docket Entry No. 33).

As a result, this case is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered August 4, 2011 (Docket Entry No. 17), Wal-Mart Stores East, LP was substituted for Wal-Mart Stores, Inc., as originally named as the defendant.